

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2014

No. 04-13-00231-CV

James W. **CARROLL**,
Appellant

v.

Joan **CASTANON**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 1998-CI-09347
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Sitting: Sandee Bryan Marion, Justice
    Marialyn Barnard, Justice
    Luz Elena D. Chapa, Justice

  The Appellee's Motion for Extension of Time to file Motion for Rehearing is hereby **GRANTED**. Appellee's Motion for Rehearing is due January 20, 2015.

It is so **ORDERED** on December 29, 2014.    PER CURIAM

ATTESTED TO:

_____
Keith E. Hottle
Clerk of Court

